THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 The State,
 Respondent,
 

v.

 
 Jimmivius Leatrone Jones,
 Appellant.
 

__________
Appeal From Greenville County
 John C. Few, Circuit Court Judge
__________
Unpublished Opinion No.  2005-UP-390
Submitted June 1, 2005  Filed June 14, 2005
__________
APPEAL DISMISSED
__________
Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
PER CURIAM: Jimmivius Jones appeals his conviction for assault and battery with intent to kill.  He argues the trial court erred in failing to instruct the jury on the law relating to mere presence.  His counsel filed a final brief and a petition to be relieved as counsel, stating he reviewed the record and concluded the appeal is without merit.  Jones did not file a pro se brief.
          After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
          APPEAL DISMISSED.[1]
          GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.